HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONYA RICE,

           Plaintiff,

  v.

MICHAEL J. CAVANAGH, et al.,

           Defendants.

No. C10-5611RBL

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS
[Dkt. #s 8 & 15]

THIS MATTER is before the Court on the following Motions: The Chase Defendants' Motion to Dismiss [Dkt. #8] and Defendant FDIC's Motion to Dismiss [Dkt. #15]. Plaintiff is pro se (although there are indications she is being "assisted" by a non-lawyer). Plaintiffs' 109 page complaint [Dkt. #1] asserts claims apparently arising out of the impending foreclosure of her home. The matter was removed to this Court in August. Plaintiff has not filed anything in this Court; she has not responded to either Motion to Dismiss, and has not addressed the defects in service alleged in those Motions.

     Under Local Rule 7(b)(2), the failure to respond to a Motion may be considered by the Court as an admission that the Motion has merit. The Court has reviewed the Complaint and the Motions, and it is apparent that the Plaintiff's Complaint is deficient in a host of ways, and that it was not properly served under the Civil Rules. Because the Motions are meritorious and the Plaintiff has not even attempted to argue that they are not, the Court will employ the Local Rule and will Grant the Motions to Dismiss.

ORDER - 1

The Motions to Dismiss [Dkt. #s 8 and 15] are GRANTED, and the Plaintiff's Complaint and all claims asserted therein are DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE